# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER GAXIOLA AGUAYO, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC.; DOE MANAGER BRIAN; and DOES 1 to 50, Inclusive,<br><br>Defendants. | CASE NO.: 1:22-CV-00877-ADA-SKO<br><br>**ORDER RE JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND RELATED DATES**<br><br>**(Doc. 22)** |

Under Fed. Civ. R. Proc. 16(b)(4), good cause having been shown in the Parties' JOINT STIPULATION TO CONTINUE DISCOVERY CUT-OFF AND RELATED DATES (Doc. 22), the Scheduling Order (Doc. 13) is MODIFIED as follows:

1. The non-expert discovery cutoff of August 11, 2023 is continued to November 9, 2023;

2. The expert disclosures deadline of September 15, 2023 is continued to December 14, 2023;

3. The expert rebuttal disclosures deadline of October 20, 2023 is continued to January 18, 2024;

---

1

**ORDER ON JOINT STIPULATION TO CONTINUE DISCOVERY CUTOFF AND RELATED DATES**

    4.    The expert expert discovery cutoff of November 24, 2023 is continued to February 22, 2024;

    5.    The non-dispositive motion deadline of December 8, 2023 is continued to March 6, 2024;[1]

    6.    The non-dispositive hearing deadline of January 17, 2024 is continued to April 10, 2024;

    7.    The dispositive motion deadline of January 23, 2024 is continued to April 22, 2024;

    8.    The dispositive hearing deadline of March 4, 2024 is continued to June 3, 2024;

    9.    The Pre-Trial Conference set for August 5, 2024 is continued to November 4, 2024;

    10.    Trial set for October 8, 2024 is continued to January 7, 2025.

    11.    Counsel are to meet and confer and discuss the advantages of and possibilities for settlement with each other, and with their respective clients, to help ensure that a Settlement Conference will be productive.  By October 9, 2024, or 90 days before trial, whichever is later, the parties shall jointly email Courtroom Deputy Wendy Kusamura at WKusamura@caed.uscourts.gov to schedule a settlement conference.  An "Order re Settlement Conference" will be issued prior to the settlement conference setting forth the requirements for the settlement conference.

IT IS SO ORDERED.

Dated:  **July 28, 2023**                   /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court sua sponte continues the remaining deadlines so that discovery is completed before motion practice.