**O'HAGAN MEYER**
THEODORE C. PETERS (SBN 235115)
JOHN BEEMER (SBN 302654)
2615 Pacific Coast Highway, Suite 300
Hermosa Beach, CA 90254
Tel: 310.807.1100 | Fax: 310.807.1115
Email: tpeters@ohaganmeyer.com
Email: bmafud@ohaganmeyer.com

*Attorneys for Defendant*
*Walmart Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER GAXIOLA AGUAYO, | No. 1:22−cv−0877 DAD DB |
| Plaintiff, | **STIPULATION TO DEFENDANT'S MEDICAL/MENTAL EXAMINATION OF PLAINTIFF PURSUANT TO RULE 35 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND ORDER** |
| vs. | |
| WALMART INC.; DOE MANAGER BRIAN; DOES 1 to 50, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff JENNIFER GAXIOLA AGUAYO ("Plaintiff") and Defendant WALMART INC. ("Defendant"), through their designated counsel, that Plaintiff will undergo a physical/mental examination pursuant to Rule 35 of the Federal Rules of Civil Procedure. Said

1

STIPULATION TO FRCP 35 MEDICAL/MENTAL EXAMINATION

examination shall take place on **November 6, 2023, at 9:00 a.m.** and will be conducted by Charles A. Filanosky, Ph.D., ABPP, located at 833 Market Street, Suite 809, San Francisco, California 94103.

This examination will be conducted for the purpose of determining the nature and extent of Plaintiff's alleged brain injury claimed to have been caused by the slip and fall incident that is the subject of this litigation, the reasonableness and necessity of the treatment that Plaintiff has received for said claimed injury, and the necessity and appropriateness of any accommodations allegedly required to assist Plaintiff with activities of daily living.

The examination will consist of all necessary and customary examination and testing required to make such a determination, including but not limited to obtaining Plaintiff's relevant medical history, history of the incident in question, and physical/mental examination, and evaluation Plaintiff's claimed brain injury. The examination will not include any diagnostic test or procedure that is painful or intrusive.

The examination will be conducted by Dr. Filanosky, and not by any other non-licensed personnel.  No other person, other than Plaintiff and Dr. Filanosky will be allowed to participate in the examination.

Dr. Filanosky will be provided with a copy of this stipulation prior to the examination.

///

2

STIPULATION TO FRCP 35 MEDICAL/MENTAL EXAMINATION

Plaintiff will appear at the examination as scheduled. Plaintiff is entitled to leave the medical examination, without repercussion or liability, if the examination has not begun within 30-minutes of the scheduled noticed time of the examination.

IT IS FURTHER STIPULATED that, pursuant to Fed. R. Civ. Proc. 35(b)(1), Defendant will provide to Plaintiff a copy of a written report, satisfying the requirements of Fed. R. Civ. Proc. 35(b)(2) setting forth Dr. Filanosky's findings, including diagnoses, conclusions, and the results of any tests.

IT IS FURTHER STIPULATED that, pursuant to Fed. R. Civ. Proc. 35(b)(3), following receipt of Dr. Filanosky's report, Plaintiff will produce all like reports of all earlier or later examinations by Plaintiff's physicians of the same condition.

IT IS FURTHER STIPULATED that, pursuant to Fed. R. Civ. Proc. 35(b)(5), the failure to deliver reports pursuant to Rule 35(b) may result in the court excluding the examiner's testimony at trial.

By executing this Stipulation, Plaintiff does not waive her right to make any and all objections (including, but not limited to, competency, relevancy, materiality, propriety, admissibility, and foundation) of any conclusions, opinions, reports, or other documents or information by Dr. Filanosky.

/ / /

/ / /

/ / /

///

3

IT IS SO STIPULATED

DATED: October _10__, 2023          Respectfully submitted,

**O'HAGAN MEYER**

By: _/s/ Theodore C. Peters_____
    THEODORE C. PETERS
    JOHN BEEMER
    *Attorneys for Defendant*
    *Walmart Inc.*

DATED: October __9___, 2023          Respectfully submitted,

CARPENTER & ZUCKERMAN

By: _/s/ Lance Behringer_
    LANCE BEHRINGER
    *Attorney for Plaintiff*
    *JENNIFER GAXIOLA AGUAYO*

**ORDER**

IT IS SO ORDERED.

DATED:  October 26, 2023          /s/ DEBORAH BARNES_____
                                 UNITED STATES MAGISTRATE JUDGE

STIPULATION TO FRCP 35 MEDICAL/MENTAL EXAMINATION